## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

        v.                                  **CRIMINAL NO. 16-028 (PAD)**

**JOHN C. MIESES-CASIANO,**

    **Defendant**.

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Silvia Carreño-Coll regarding the Rule 11 proceeding of defendant, John Carlos Mieses-Casiano (Docket No. 39), to which no objections have been filed.  The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 38).  The parties shall file their sentencing memoranda not later than November 4, 2016.  The Sentencing Hearing is set for November 18, 2016 at 9:30 a.m. in Courtroom 3.

    **SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of July, 2016.

                                      S/Pedro A. Delgado-Hernández
                                      PEDRO A. DELGADO HERNANDEZ
                                      United States District Judge